FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 6 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**,
as Broadcast Licensee of the **November 27, 2004
Barerra/Morales**, Program,

                             Plaintiff,

        -against-

JOSE TRIUNFEL, Individually, and d/b/a
CHRISTINAS MINI MART a/k/a CHRISTINAS
MINI MARKET a/k/a CHRISTINA MINI MART,
and CHRISTINAS MINI MART a/k/a
CHRISTINAS MINI MARKET a/k/a CHRISTINA
MINI MART,

                             Defendants.
-------------------------------------------------------------

**DEFAULT JUDGMENT**
Civil Action No.  CV-05-3708-JG-SMG
Honorable John Gleeson

The Summons and Complaint in this action having been duly served upon the

Defendants, **JOSE TRIUNFEL, Individually, and d/b/a CHRISTINAS MINI MART a/k/a**

**CHRISTINAS MINI MARKET a/k/a CHRISTINA MINI MART, and CHRISTINAS**

**MINI MART a/k/a CHRISTINAS MINI MARKET a/k/a CHRISTINA MINI MART**, on

August 23, 2005, and said Defendants having failed to plead or otherwise appear in this action,

NOW, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW

OFFICE P.C., attorneys for the Plaintiff, it is hereby

        **ORDERED, ADJUDGED AND DECREED** that Defendant, any of his servants,
employees, agents, persons acting in concert with him or acting on his behalf are hereby
permanently enjoined and restrained from engaging in the unauthorized reception and
interception, whether by air or cable, of Plaintiff's programming, signals or services, or in aiding
and abetting any such acts, and are hereby permanently enjoined and restrained from connecting
to, attaching, splicing into, tampering with or in any way using Plaintiff's cable wiring without
Plaintiff's authorization, and are hereby permanently enjoined and restrained from
manufacturing, selling, purchasing, obtaining, using, or possessing any device or equipment
capable of unscrambling, intercepting, receiving, decoding, transmitting, providing, or making
available all or part of Plaintiff's programming or services without Plaintiff's express

authorization, it is further,

**ORDERED AND ADJUDGED** that Garden City Boxing Club, Inc., the Plaintiff, does recover jointly and severally of, **JOSE TRIUNFEL, Individually,** and

~~1)   under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)~~

~~2)   and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's~~ willful violation of 605(a)

~~3)   and under 605(e)(3)(B)(iii) costs and Attorney fees of SEVEN HUNDRED TWENTY FIVE DOLLARS~~ ($725.00)

and it is further

~~ORDERED AND ADJUDGED that Garden City Boxing Club, Inc., the Plaintiff, does recover jointly and severally of~~ CHRISTINAS MINI MART a/k/a CHRISTINAS MINI MARKET a/k/a CHRISTINA MINI MART, an amount to be determined by the assigned mag. judge, to whom the matter is referred for an RtR.

~~1)   under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)~~

~~2)   and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND~~ DOLLARS ~~($100,000.00) for increased damages for Defendant's wi~~llful violation of 605(a)

3)   and under 605(e)(3)(B)(iii) costs and Attorney fees of SEVEN HUNDRED TW~~ENTY FIVE DOLL~~ARS ($725.00)

~~and it is further~~

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated: 1-30, 2006

JG

s/John Gleeson
------------------------------
**HONORABLE JOHN GLEESON**
United States District Judge